IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Courtney White #240547
Full name and prison number
of plaintiff(s)

2017 DEC -7 A 10:44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Leiutenant Totty

Officer D. Lewis

CIVIL ACTION NO. 2:17-cv-824-WHA-GMB
(To be supplied by Clerk of
U.S. District Court)

DEMAND FOR JURY TRIAL

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         Defendant(s) ____N/A____

      2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Staton Correctional facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Staton

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Lt. Totty | 2690 Marion Spillway Rd |
| 2. | | Elmore, AL 36025 |
| 3. | C.O.D. Lewis | 2690 Marion Spillway Rd |
| 4. | | Elmore, AL 36025 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED November 25, 2017

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Cruel & unusual treatment / excessive use of force

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On the 25th day of November 2017, at Staton Correctional facility, plaintiff Courtney White #240547, begin suffering a seizure attack in his assigned dorm. Other inmates immediately notified the officers

GROUND TWO: assigned to the dorm to get him medical treatment. In route to the facility's medical

SUPPORTING FACTS: unit the plaintiff was stopped by defendant Leitenant Tutty and defendant Officer D. Lewis. These two defendants begin beating the plaintiff in his face and hand and chest while he remained in a seizure state. These two defendants were under the impression

GROUND THREE: that the plaintiff was under the influence of drugs. The practice of these two

SUPPORTING FACTS: defendants were to beat inmates who are under the influence of drugs as an attempt to sway inmates from getting high. However, the plaintiff was suffering from a seizure attack. After the defendants beat the plaintiff he was escorted to the medical unit where his injuries were documented.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Award the plaintiff all court cost and for expenses; Grant a trial by jury. Award plaintiff both compensatory and penative damages the court determines appropriate and injuactive relief.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-29-17 .
             (Date)

_____
Signature of plaintiff(s)

4

Courtney White #240547
cell B1 614
Staton Corr. Fac.
2690 Marion Spillway Rd
Elmore, AL 36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL

Office of Clerk
U.S. Courthouse Complex
One Church St.
P.O. Box 711
Montgomery, AL 36101-0711

U.S. POSTAGE PITNEY BOWES
ZIP 36104 $ 000.67
0001399449 DEC 06 2017