```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

COURTNEY WHITE,                )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )        2:17cv824-MHT
                               )            (WO)
LT. TOTTY and OFFICER D.       )
LEWIS,                         )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants' objections (doc. no. 19) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 18) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 7) is granted only as to plaintiff's excessive force claim for monetary damages against them in their official capacities, is are otherwise denied.

(4) Judgment is entered in favor of defendants and against plaintiff as to plaintiff's excessive force claim for monetary damages against them in their official capacities, with plaintiff taking nothing by his complaint to that extent.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 25th day of January, 2021.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE