IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| COURTNEY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:17cv824-MHT |
| ) | (WO) |
| LT. TOTTY and OFFICER D. ) | |
| LEWIS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Based on plaintiff Courtney White's response to the court's show-cause order (Doc. 42), it is ORDERED that plaintiff White's claim for injunctive relief is dismissed without prejudice.

DONE, this the 19th day of April, 2021.

                                         /s/ Myron H. Thompson  
                                    UNITED STATES DISTRICT JUDGE