IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
COURTNEY WHITE,              )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:17cv824-MHT
                             )           (WO)
LT. TOTTY and OFFICER D.     )
LEWIS,                       )
                             )
     Defendants.             )
```

## ORDER

Before the court is the parties' joint motion for extension of trial date (Doc. 41). The court recognizes that plaintiff Courtney White has recently been appointed new counsel, and that his attorneys require adequate time to prepare for trial. However, the court is concerned about extending the trial date too far because of the need to resolve this case. This suit is more than three years old, and it is time for this matter to proceed to trial. The court will therefore grant only a limited continuance of the trial date and related deadlines, with the understanding that

the pretrial phase of this case is not being broadly reopened or extended and relitigated.

Accordingly, it is ORDERED that:

(1) The joint motion for extension (Doc. 41) is granted to the extent set forth below.

(2) The jury selection and trial of this cause, now set for July 19, 2021, *see* Order (Doc. 29), are reset for August 16, 2021, at 10:00 a.m. in Courtroom 2FMJ, at the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(3) The deadlines below, as previously set forth in the court's order of March 22, 2021 (Doc. 32), are reset as follows:

<u>Depositions</u>: June 25, 2021

<u>Witness Lists</u>: July 19, 2021

<u>Motions for Virtual Testimony</u>: July 26, 2021

<u>Exhibit Lists</u>: August 2, 2021

Except to the extent specified in this order, all deadlines previously set by the court remain in effect.

DONE, this the 19th day of April, 2021.

                                              /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE