IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
COURTNEY WHITE,              )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:17cv824-MHT
                             )          (WO)
LT. TOTTY and OFFICER D.     )
LEWIS,                       )
                             )
     Defendants.             )
```

### JUDGMENT

Upon consideration of the joint motion to dismiss (Doc. 60), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted, and that this cause is dismissed in its entirety, with prejudice, and with the parties each to bear their own costs.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of June, 2021.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE